NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**EVIE'S CATERING, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2016-2342

———————————

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00352-TCW, Judge Thomas C. Wheeler.

———————————

**JUDGMENT**

———————————

J. JAY CARROLL, Halverson Northwest Law Group PC, Yakima, WA, argued for plaintiff-appellant.

CHRISTOPHER L. HARLOW, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and MOORE, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 17, 2017      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court